IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOEL B. ATTIA | § | PLAINTIFF |
| v. | § | Civil No. 1:21-cv-178-HSO-RHWR |
| CHRISTOPHER WRAY, et al. | § | DEFENDANTS |

**FINAL JUDGMENT OF DISMISSAL**

BEFORE THE COURT is the Report and Recommendation [6] of United States Magistrate Judge Robert H. Walker, which recommends dismissing Plaintiff Joel B. Attia's Complaint [1]. For the reasons given in the Order adopting the Magistrate Judge's Report and Recommendation [6] and dismissing Plaintiff's Complaint [1], the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of June, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE